NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-859

KESHA SIBLEY SEARCY

VERSUS

FREDERICK WILLIAM HEIN, JR., ET AL.

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 39,919
HONORABLE LEO BOOTHE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, and John D. Saunders and Oswald A. Decuir, Judges.

AFFIRMED.

Charles S. Norris, Jr.
Attorney at Law
P. O. Box 400
Vidalia, LA 71373
(318) 336-1999
Counsel for Plaintiffs/Appellees:
    Kesha Sibley Searcy
    Elizabeth Sibley
    Michael Paige Searcy

Bonita Preuett-Armour
Armour Law Firm, LLC
P. O. Box 710
Alexandria, LA 71309
(318) 442-6611
Counsel for Defendants/Appellants:
    Frederick William Hein, Jr.
    Eva Dianne Willard Hein